IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JUL 29 PM 4:53

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AVEREY BURNETT,<br><br>Defendant. | No. 25-CR-120-R<br><br>18 U.S.C. § 1705<br>(Destruction of Letter Boxes or Mail) |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 7, 2025, in the District of Wyoming, the Defendant, **AVEREY BURNETT**, did willfully and maliciously injure, tear down and destroy receptacles used for the receipt and delivery of mail at a postal facility and route in Kinnear, Wyoming.

In violation of 18 U.S.C. § 1705.

DATED this 29th day of July, 2025.

STEPHANIE I. SPRECHER
Acting United States Attorney

By: _____
MICHAEL J. ELMORE
Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | AVEREY BURNETT |
| **DATE:** | July 29, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 1705** (Destruction of Letter Boxes or Mail) <br><br> Up To 3 Year Imprisonment <br> Up To $250,000 Fine <br> Up To 3 Year Supervised Release <br> $100 Special Assessment |
| **AGENT:** | Chris Lucas, USPIS |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |